RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Christopher Faircloth

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER FAIRCLOTH,<br><br>    Defendant. | Case No. 2:22-mj-459-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Christopher Faircloth, that the that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

   This Stipulation is entered into for the following reasons:

   1.   On February 8, 2023, Mr. Faircloth entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to an

amended Count One of the Complaint, Reckless Driving, in violation of 36 C.F.R. § 4.2(b), NRS 484B.653. *See* ECF No. 19.

2. The parties agreed to recommend that Mr. Faircloth be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend ten (10) Narcotics Anonymous classes and provide proof of attendance; (iii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months unless for work; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3. On February 3, 2023, this Court sentenced Mr. Faircloth pursuant to the parties' plea agreement.

4. Since commencing his term of unsupervised probation, Mr. Faircloth has successfully completed conditions (i), (ii), (iii), (iv), and (v).

5. Given that Mr. Faircloth has successfully completed all terms and conditions of his sentence, the parties jointly request that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

DATED this 30th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Imani Dixon*<br>By_____<br>IMANI DIXON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER FAIRCLOTH,<br><br>    Defendant. | Citation No. E1459204<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Faircloth has successfully completed all terms and conditions of his sentence.

**ORDER**

IT IS HEREBY ORDERED that the remaining term of unsupervised probation be terminated.

IT IS FURTHER ORDERED that because Mr. Faircloth has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED: August 31, 2023.

                                                    UNITED STATES MAGISTRATE JUDGE